**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0001051
06-MAR-2013
07:58 AM**

NO. CAAP-12-0001051


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


KOREEN K. SHIOSAKI, ATTORNEY IN FACT FOR AND ON
BEHALF OF PAUL S. SHIOSAKI, Plaintiff-Appellee,
v.
PEARL T. JACKSON, Defendant-Appellant,
and
JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; ROE NON-PROFIT CORPORATIONS;
AND ROE GOVERNMENTAL AGENCIES 1-10, Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 11-1-1692-08)


ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon consideration of the "Stipulation of Dismissal of All Claims and All Parties and With Prejudice," filed on February 21, 2013, by Defendant-Appellant Pearl T. Jackson, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own appellate costs and attorney's fees.

DATED: Honolulu, Hawai'i, March 6, 2013.

Chief Judge

Associate Judge

Associate Judge